IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEREK BRIAN BOLTON,

        Defendant.

Case No. 1:97 CR 30058-1-AA

O R D E R

THIS MATTER was set for a status hearing to determine defendant's out of custody placement.

IT IS HEREBY ORDERED that the defendant shall be released to a recovery house at the direction of his probation officer.

Dated this 25th day of April, 2014.

                                                      /s/ Ann Aiken
                                                        Ann Aiken
                                                 United States District Judge

O R D E R -- Page 1